IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CV-177-D

| | |
|---|---|
| Jancye Kellam, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| QAR, LLC, et al, ) | |
|     Defendants. ) | |

Plaintiff has moved for entry of default against defendant, Frank S. Falzone, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend.

In reviewing the Court's docket, the Court finds that the plaintiff failed to provide a summons to be issued to defendant, Frank S. Falzone in order to make proper service upon defendant pursuant to Rule 4(b) of the Federal Rules of Civil Procedure. Based on the foregoing, the Court finds that plaintiff's motion for entry of default as to defendant, Frank S. Falzone is hereby DENIED for failure to show proof of service.

SO ORDERED, this 8th day of November 2012.

Julie A. Richards
Clerk of Court